## FRANÇOIS LABADY *versus* GABRIEL RICHARD

JOURNAL ENTRIES (1819–24): *Journal 2:* (1) Motion for jury de medietate linguae overruled *p. 682; (2) motion for special jury granted *p. 682; (3) time for striking jury extended *p. 685. *Journal 3:* (4) Witness fees ordered paid *p. 73; (5) continued, costs ordered paid *p. 73; (6) witness sworn to prove his attendance *p. 74; (7) motion to strike office judgment and for leave to rejoin *p. 217-c; (8) motion to strike, etc., granted, continued *p. 217-g; (9) motion to strike entry of continuance granted *p. 217-g; (10) motion for judgment *p. 217-h; (11) day for trial assigned *p. 220 (12) letter ordered produced as evidence *p. 236; (13) jury impaneled, evidence heard *p. 239; (14) constable sworn to attend jury *p. 239;

(15) jury given permission to seal verdict *p. 239; (16) verdict *p. 240; (17) motion in arrest of judgment *p. 240; (18) argument had *p. 440; (19) motion in arrest overruled, motion made for new trial, rule to assign reasons *p. 448; (20) motion for new trial considered *p. 456; (21) motion for new trial overruled, motion for judgment overruled, continued *p. 460; (22) motion for judgment granted, judgment, motion to strike attorney's name *p. 476.

PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) declaration; (4) plea; (5) replication; (6–11) subpoenas; (12) precipe for subpoena; (13) subpoena; (14) precipe to enter office judgment; (15) rejoinder; (16) precipe for subpoena; (17) subpoena; (18) precipe for subpoena; (19) subpoena; (20) precipe for subpoena duces tecum; (21) subpoena duces tecum; (22) precipe for subpoena; (23) subpoena; (24) precipe for subpoena; (25) list of witnesses; (26) list of witnesses sworn; (27) transcript of order to produce letter; (28) order to summon four jurors; (29) panel of jurors; (30) verdict; (31) reasons for arrest of verdict and judgment; (32) reasons for setting aside verdict and for a new trial; (33) precipe for execution ca. sa.; (34) writ of ca. sa. and return; (35) cost bill; (36) letter from Labady˜ and Richard to Bishop Flaget; (37) letter from Charles Larned to Melvin Dorr.

*Office Docket*, MS p. 50, c. 1. (Case 27 of 1820) Recorded in *Book B*, MS pp. 319–30.